B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Lindquist, Kory** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1677** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3579 South Bend Road**<br>**Rockford, IL**<br>ZIP Code **61109** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Winnebago** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                         Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>**Lindquist, Kory** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**KTEL Construction, Inc.** | Case Number: | Date Filed: |
|---|---|---|
| District:<br>**Northern District of Illinois, Western Division** | Relationship:<br>**President** | Judge:<br>**Manuel Barbosa** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)         (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Lindquist, Kory** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Kory Lindquist**
Signature of Debtor  **Kory Lindquist**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**July 19, 2011**
Date

### Signature of Attorney*

X **/s/ Scott E. Hillison**
Signature of Attorney for Debtor(s)

**Scott E. Hillison 6296741**
Printed Name of Attorney for Debtor(s)

**Bernard J. Natale, Ltd**
Firm Name

**6833 Stalter Dr., Suite 201
Rockford, IL 61108**

_____
Address

**Email: natalelaw@bjnatalelaw.com**
**(815) 964-4700  Fax: (815) 316-4646**
Telephone Number

**July 19, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Kory Lindquist**

Debtor(s)

Case No. _____

Chapter   **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                              Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Kory Lindquist**
                        **Kory Lindquist**

Date:   **July 19, 2011**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Kory Lindquist** _____,    Case No. _____

_____ Debtor

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 738,000.00 | | |
| B - Personal Property | Yes | 3 | 35,053.72 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 1,738,269.89 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 4 | | 336,483.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | 540,221.26 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 5 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 11,923.54 |
| Total Number of Sheets of ALL Schedules | | 35 | | | |
| Total Assets | | | 773,053.72 | | |
| Total Liabilities | | | | 2,614,974.15 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Kory Lindquist**
                                                                      ,    Case No. _____
                                        Debtor

                                                                          Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re **Kory Lindquist**                                                                ,    Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Location: 3579 South Bend Rd, Rockford IL 61109** | **Fee simple** | - | **138,000.00** | **128,000.00** |
| **651 East Egan Rd, Leaf River, IL** | **Fee simple** | - | **600,000.00** | **428,000.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **738,000.00** | (Total of this page) |
| Total > | **738,000.00** | |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re  **Kory Lindquist**
,                    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Holcomb Bank - checking** | - | **200.00** |
| | | **Members Alliance CU - savings** | - | **24.11** |
| | | **Members Alliance CU - Checking** | - | **18.73** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Normal complement of household goods** | - | **1,000.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Normal complement of clothing** | - | **250.00** |
| 7. Furs and jewelry. | | **Wedding band** | - | **50.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **(1) Rifle** | - | **200.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Genworth Life Insurance - term insurance** | - | **1.00** |
| | | **Genworth Life Insurance - whole life (beneficiaries are debtor's minor children) Assigned to Blackhawk Bank as security for loans)** | - | **Unknown** |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >     **1,743.84**
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Kory Lindquist**                                            ,          Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Members Alliance CU - IRA** | - | 309.88 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Ktel Construction, Inc - filed chapter 7 bankruptcy ND IL WD** | - | 0.00 |
| | | **Exclusive Custom Builders, LLC** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >          309.88
(Total of this page)

Sheet  __1__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Kory Lindquist**                                              ,       Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2010 Chevrolet 3500 | - | 25,000.00 |
| | | 2006 Dropseat motorcycle | - | 8,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total >  (Total of this page) | 33,000.00 |
| Total > | 35,053.72 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                                Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re    **Kory Lindquist**                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                        *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Location: 3579 South Bend Rd, Rockford IL 61109** | **735 ILCS 5/12-901** | **15,000.00** | **138,000.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Holcomb Bank - checking** | **735 ILCS 5/12-1001(b)** | **200.00** | **200.00** |
| **Members Alliance CU - savings** | **735 ILCS 5/12-1001(b)** | **24.11** | **24.11** |
| **Members Alliance CU - Checking** | **735 ILCS 5/12-1001(b)** | **18.73** | **18.73** |
| **Household Goods and Furnishings** | | | |
| **Normal complement of household goods** | **735 ILCS 5/12-1001(b)** | **1,000.00** | **1,000.00** |
| **Wearing Apparel** | | | |
| **Normal complement of clothing** | **735 ILCS 5/12-1001(a)** | **250.00** | **250.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **(1) Rifle** | **735 ILCS 5/12-1001(b)** | **200.00** | **200.00** |
| **Interests in Insurance Policies** | | | |
| **Genworth Life Insurance - whole life (beneficiaries are debtor's minor children) Assigned to Blackhawk Bank as security for loans)** | **215 ILCS 5/238** | **1,000,000.00** | **Unknown** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Members Alliance CU - IRA** | **735 ILCS 5/12-1006** | **309.88** | **309.88** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2006 Dropseat motorcycle** | **735 ILCS 5/12-1001(b)** | **2,000.00** | **8,000.00** |

| | | Total: | **1,019,002.72** | **148,002.72** |
|---|---|---|---|---|

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re  **Kory Lindquist** _____,    Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx5595** <br><br> **Ally** <br> **PO Box 9001951** <br> **Louisville, KY 40230** | | | 06/2010 <br><br> **Purchase Money Security** <br><br> **2010 Chevrolet 3500** <br><br> Value $          **25,000.00** | | | | **48,000.00** | **23,000.00** |
| Account No. **xxxxxx8551** <br><br> **Associated Bank** <br> **622 Machesney Rd** <br> **Machesney Park, IL 61115** | | - | 09/2010 <br><br> **First Mortgage** <br><br> **Location: 3579 South Bend Rd, Rockford IL 61109** <br><br> Value $         **138,000.00** | | | | **128,000.00** | **0.00** |
| Account No. <br><br> **Blackhawk Bank** <br> **400 Broad St** <br> **Beloit, WI 53511** | | | 01/1011 <br><br> **First Mortgage** <br><br> **651 East Egan Rd, Leaf River, IL** <br><br> Value $         **600,000.00** | | | | **416,000.00** | **0.00** |
| Account No. **xxxx3758, xxx4007** <br><br> **Blackhawk Bank** <br> **2141 N State St** <br> **Belvidere, IL 61008** | | - | 04/28/2011 <br><br> **Junior mortgage on 651 East Egan Rd, Leaf River, IL (net equity $184,000), Accounts receivable of KTEL, Inc. ($1,140,649.21), Assigment of Genworth whole life insurance policy.** <br><br> Value $       **1,324,649.21** | | | | **1,023,243.38** | **114,594.17** |

__1__  continuation sheets attached

Subtotal
(Total of this page)

| | |
|---|---|
| **1,615,243.38** | **137,594.17** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Kory Lindquist** _____ ,    Case No. _____
                                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | | |
| Account No. **xxx5317** | | | | | **UCC/Vehicle Title Lien** | | | | | |
| **Blackhawk Bank** **2141 N State St** **Belvidere, IL 61008** | - | | | | **Accounts receivable of KTEL, Inc ($1,140,649.21), 2006 Dropseat motorcycle ($8,000)** | | | | | |
| | | | | | Value $              **1,148,649.21** | | | | **111,026.51** | **0.00** |
| Account No. | | | | | **2010** | | | | | |
| **Ogle County Treasurer Office** **P O Box 40** **Oregon, IL 61061** | - | | | | **Tax lien** **651 East Egan Rd, Leaf River, IL** | | | | | |
| | | | | | Value $              **600,000.00** | | | | **12,000.00** | **0.00** |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **123,026.51** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **1,738,269.89** | **137,594.17** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

.

In re    **Kory Lindquist**                                                                                    ,          Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

     A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

     The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

     Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

     Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____3_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re   **Kory Lindquist**                                                    ,      Case No. _____
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Domestic Support Obligations**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Kelli Lindquist**<br>**144 N. Fox Run Lane**<br>**Byron, IL 61010** | - | | **Child support** | | | | 8,510.00 | 0.00<br><br>8,510.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet  **1**  of  **3**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal<br>(Total of this page) | 0.00<br>8,510.00 | 8,510.00 |
|---|---|---|---|

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re    **Kory Lindquist**                                                                                   ,     Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2010 | | | | | | |
| **Illinois Department of Revenue Bankruptcy Section PO Box 64338 Chicago, IL 60664-0338** | X | - | **Payroll Taxes** | | | | 9,973.00 | 0.00 | 9,973.00 |
| Account No. | | | 2011 | | | | | | |
| **Illinois Department of Revenue Bankruptcy Section PO Box 64338 Chicago, IL 60664-0338** | X | - | **Payroll Taxes** | | | | Unknown | Unknown | 0.00 |
| Account No. | | | 2009 | | | | | | |
| **Internal Revenue Service Centralized Insolvency PO Box 7346 Philadelphia, PA 19101-7346** | | - | **Income taxes** | | | | 58,000.00 | 0.00 | 58,000.00 |
| Account No. | | | 2010 & 2011 | | | | | | |
| **Internal Revenue Service Centralized Insolvency PO Box 7346 Philadelphia, PA 19101-7346** | X | - | **Payroll taxes** | | | | 134,000.00 | 0.00 | 134,000.00 |
| Account No. **xx-xxx3729** | | | **2009 Corporate income taxes, KTEL, Inc.** | | | | | | |
| **Internal Revenue Service Centralized Insolvency PO Box 7346 Philadelphia, PA 19101-7346** | X | - | | | | | 63,000.00 | 0.00 | 63,000.00 |

Sheet __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | 0.00 |
|---|---|
| **264,973.00** | **264,973.00** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re  **Kory Lindquist**                                                                ,    Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xx-xxx3729**<br><br>**Internal Revenue Service**<br>**Centralized Insolvency**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | X | - | **2010 Corporate income taxes, KTEL, Inc.**<br>**(amount listed is approximate)** | | | | 63,000.00 | 0.00 | 63,000.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet  **3**  of  **3**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | |
|---|---|---|---|
| | | 63,000.00 | 63,000.00 |
| | Total | 0.00 | |
| | (Report on Summary of Schedules) | 336,483.00 | 336,483.00 |

B6F (Official Form 6F) (12/07)

In re   **Kory Lindquist**                                                          Case No. _____

                                                                      ,

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **956** <br><br> **Aerial Platform Expers, LLC** <br> **3140 W. 73rd Street** <br> **Davenport, IA 52806** | X | - | | | Trade Debt <br><br> Business | X | X | X | 2,820.00 |
| Account No. <br><br> **AKZO Nobel Paints, LLC** <br> **21033 Network Place** <br> **Chicago, IL 60673-1210** | X | - | | | Trade Debt <br><br> Business | X | X | X | 4,118.70 |
| Account No. **xxE389** <br><br> **All Contractors Equipment, Inc.** <br> **4949  26th Avenue** <br> **Rockford, IL 61109** | X | - | | | Trade Debt <br><br> Business | X | X | X | 727.30 |
| Account No. **...1003** <br><br> **American Express** <br> **Customer Service** <br> **PO Box 981535** <br> **El Paso, TX 79998-1535** | X | - | | | Credit Card <br><br> Business | X | X | X | 22,424.10 |

___14___ continuation sheets attached

Subtotal
(Total of this page)    **30,090.10**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kory Lindquist**                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Amerigas**<br>**1901 Pleasant Street**<br>**DeKalb, IL 60115-2665** | X | - | Services<br><br>**Business** | X | X | X | **155.00** |
| Account No.<br><br>**Arnold and Kadjan**<br>**19 West Jackson Blvd**<br>**Chicago, IL 60604-3958** | X | - | **Collection/Contribution for Chicago Painters and Decorators Fringe Benefit Funds.**<br><br>**Business.** | X | X | X | **Unknown** |
| Account No.<br><br>**Badgerland Supply Inc.**<br>**PO Box 259066**<br>**Madison, WI 53725** | X | - | Trade Debt<br><br>**Business** | X | X | X | **34,604.61** |
| Account No. ...8796<br><br>**Bank of America**<br>**PO Box 15184**<br>**Wilmington, DE 19850-5184** | X | - | Credit Card<br><br>**Business** | X | X | X | **30,376.93** |
| Account No.<br><br>**Barr Management**<br>**6408 N. Western Avenue**<br>**Chicago, IL 60645** | X | - | **Collection on behalf of Cermak Central C.E., Inc.**<br><br>**Business** | X | X | X | **1,069.52** |

Sheet no. __1__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**66,206.06**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kory Lindquist**                                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Barr Management**<br>**6408 N. Western Avenue**<br>**Chicago, IL 60645** | X | - | **Collection on behalf of 67th Pulaski Currency Exchange**<br><br>**Business** | X | X | X | 218.66 |
| Account No. **xxx5759**<br><br>**Biehl & Biehl**<br>**P.O. Box 87410**<br>**Carol Stream, IL 60188** | X | - | **Collection on behalf of Chicago Area Building Specialties**<br><br>**Business** | X | X | X | 322.72 |
| Account No. **xxx5083**<br><br>**Blackhawk Bank**<br>**2141 N State St**<br>**Belvidere, IL 61008** | X | - | **Potential defficency on repossessed 2005 GMC Sierra K2500 HD Truck**<br><br>**Business** | X | X | X | 23,717.47 |
| Account No. **...7943**<br><br>**Blackhawk Bank**<br>**400 Broad St**<br>**Beloit, WI 53511** |  | - | **Overdraft fee**<br><br>**Personal** |  |  |  | 30.00 |
| Account No.<br><br>**Blackhawk Bank**<br>**400 Broad St**<br>**Beloit, WI 53511** | X | - | **Checking overdraft account**<br><br>**Business** | X | X | X | 99,771.65 |

Sheet no. __2___ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            124,060.50

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kory Lindquist**                                          , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Services | | | | |
| Blascoe & Associates, LLC 1111 S. Alpine Road Suite 703 Rockford, IL 61108 | X | - | | Business | X | X | X | 8,190.00 |
| Account No. | | | | Services | | | | |
| Blascoe & Associates, LLC 1111 S. Alpine Road Suite 703 Rockford, IL 61108 | | - | | Personal | | | | 460.00 |
| Account No. xx6393 | | | | Health insurance premiums | | | | |
| Blue Cross Blue Shield of Illinois 300 E. Randolph Attn: Cash Receipts Chicago, IL 60601 | X | - | | Business | X | X | X | Unknown |
| Account No. 1358 | | | | Services | | | | |
| Budget Blinds of Rockford 5004 N. Second Street Loves Park, IL 61111 | | - | | Personal | | | | 854.49 |
| Account No. ...0793 | | | | Credit Card | | | | |
| Chase Cardmember Services PO Box 15298 Wilmington, DE 19850-5298 | | - | | Personal | | | | 6,793.46 |

Sheet no. __3__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          16,297.95

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kory Lindquist**                                                                      ,          Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **x0855** | | | | **Contributions to Pensions** | | | | |
| **Chicago Regional Council Carpenters Welfare, Pension etc. Funds 12 East Erie Street Chicago, IL 60611** | X | - | | **Business** | X | X | X | |
| | | | | | | | | 6,758.04 |
| Account No. **xxxxxxxxxxx5180** | | | | **Credit Card** | | | | |
| **Citi Cards P.O. Box 6077 Sioux Falls, SD 57117** | | - | | **Business** | | | | |
| | | | | | | | | 5,000.00 |
| Account No. **...xxx4 LIN** | | | | **Credit Card** | | | | |
| **Citizens Finance c/o 619 Enterprise Drive Oak Brook, IL 60523-8835** | | - | | **Personal** | | | | |
| | | | | | | | | 2,747.08 |
| Account No. **xxxxx8011** | | | | **Utilities - 651 E. Egan Road** **Leaf River, IL** | | | | |
| **ComEd 3 Lincoln Center Attn: Bkcy Group-Claims Department Oakbrook Terrace, IL 60181** | | - | | **Personal** | | | | |
| | | | | | | | | 831.97 |
| Account No. **xxxxxxxx:3139** | | | | **Collection on behalf of Sherwin Williams** **Business** | | | | |
| **CST Co. Inc. CST Building PO Box 33127 Louisville, KY 40232-3127** | X | - | | | X | X | X | |
| | | | | | | | | 7,028.96 |

Sheet no. __4___ of __14__ sheets attached to Schedule of          Subtotal
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)                        | 22,366.05 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kory Lindquist**                                                      ,          Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Services | | | | |
| Dave's Hauling & Clean-Up Services 12488 Utility Road Davis Junction, IL 61020 | X | - | | Business | X | X | X | |
| | | | | | | | | 465.00 |
| Account No. | | | | Trade Debt | | | | |
| Dee & Bee Fasteners Dept 20-7034 PO Box 5997 Carol Stream, IL 60197-5997 | X | - | | Business | X | X | X | |
| | | | | | | | | 9,962.14 |
| Account No. | | | | Trade Debt | | | | |
| DG Digital Printing LLC 214 North Rockton Ave Rockford, IL 61103 | X | - | | Business | X | X | X | |
| | | | | | | | | 589.64 |
| Account No. ...1846 | | | | Credit Card | | | | |
| Fifth Third Bank Customer Service - MD 1MOC2G-4050 38 Fountain Square Plaza Cincinnati, OH 45263 | | - | | Personal | | | | |
| | | | | | | | | 11,111.77 |
| Account No. xxxx3889 | | | | Collection on behalf of Walmart Stores, Inc. | | | | |
| FMS, Inc. 4915 South Union Avenue Tulsa, OK 74107 | X | - | | Business | X | X | X | |
| | | | | | | | | 2,051.91 |

Sheet no. __5__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        24,180.46

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kory Lindquist**                                                          ,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxxx0407** | | | Services | | | | |
| **Frontier** PO Box 6000 Hayden, ID 83835-2009 | X | - | **Business** | X | X | X | 165.07 |
| Account No. **xxx3622** | | | Collection on behalf of Illinois Department of Employment Security | | | | |
| **GC Services Limited Partnership** Collection Agency Division 6330 Gulfton Houston, TX 77081 | X | - | **Business** | X | X | X | 120.51 |
| Account No. **xxxx-0001** | | | Services | | | | |
| **Graefe & Hansen, Ltd.** 55 W. Monroe Street Suite 3550 Chicago, IL 60603 | X | - | **Business** | X | X | X | 375.00 |
| Account No. **xxx8-001** | | | Services | | | | |
| **Graefe & Hansen, Ltd.** 55 W. Monroe Street Suite 3550 Chicago, IL 60603 | X | - | **Business** | X | X | X | 125.00 |
| Account No. | | | Contribution to Construction Industry Welfare Fund | | | | |
| **Group Administrators, Ltd.** 1322 E. State St, Suite 300 Rockford, IL 61104 | X | - | **Business** | X | X | X | 2,546.01 |

Sheet no. __6__ of __14__ sheets attached to Schedule of                                    Subtotal                       3,331.59
Creditors Holding Unsecured Nonpriority Claims                                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kory Lindquist**                                                                   ,   Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Gypsum Supply Co.<br>1125 Harrison Ave<br>Rockford, IL 61104 | X | - | Trade Debt<br><br>Business | X | X | X | 4,124.64 |
| Account No.<br><br>Gypsum Supply Co.<br>195 S. Porter Drive<br>Round Lake, IL 60073 | X | - | Trade Debt<br><br>Business | X | X | X | 9,962.98 |
| Account No. **x3045**<br><br>Gypsum Supply Co.<br>5252 State Street<br>Bettendorf, IA 52722 | X | - | Trade Debt<br><br>Business | X | X | X | 105,222.21 |
| Account No. **xxxx3440**<br><br>Hilti, Inc.<br>P.O. Box 21148<br>Tulsa, OK 74121-1148 | X | - | Trade Debt<br><br>Business | X | X | X | 284.33 |
| Account No. **xxxxxxxxxx0391**<br><br>Hinkley Springs<br>PO Box 660579<br>Dallas, TX 75266-0579 | X | - | Services<br><br>Business | X | X | X | 161.85 |

Sheet no. __7___ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **119,756.01**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kory Lindquist**                                                          ,   Case No. _____
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | X | - | | Services  Business | X | X | X | |
| Holiday Inn 226 17th Street Rock Island, IL 61201 | | | | | | | | 6,958.38 |
| Account No. xxxxxxxxxxx2065 | X | - | | Credit Card  Business | X | X | X | |
| Home Depot Credit Services Dept 32-2533242065 P.O. Box 183176 Columbus, OH 43218 | | | | | | | | 16,907.73 |
| Account No. ...2436 | | - | | Credit Card  Personal | | | | |
| HSBC Retail Services P.O. Box 15521 Wilmington, DE 19850-5521 | | | | | | | | 1,945.79 |
| Account No. xx2590 | X | - | | Insurance  Business | X | X | X | |
| Humana 1100 Employers Blvd. Green Bay, WI 54344 | | | | | | | | 2,380.46 |
| Account No. | X | - | | Trade Debt  Business | X | X | X | |
| Industrial Ladder 245 E. Adele Court Villa Park, IL 60181 | | | | | | | | 315.23 |

Sheet no. __8__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

28,507.59

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kory Lindquist**                                                    ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Ken-Z Roofing Inc.** 1318 18th Avenue Rockford, IL 61104 | X | - | Services Business | X | X | X | 2,209.35 |
| Account No. **xxxx-xx7632** **Kitzman's Ltd** 1616 Windsor Rd Loves Park, IL 61111 | X | - | Trade debt Business | X | X | X | 8,771.37 |
| Account No. **Lift Works, Inc.** 1130 Carolina Unit F West Chicago, IL 60185 | X | - | Services.  Creditor also retains Mechanic's Lien on job sites totalling $8,298.75. Business | X | X | X | 17,782.88 |
| Account No. **xxxxxxx-xx-xx6765** **Lincoln National Life Insurance Co.** PO Box 0821 Carol Stream, IL 60132-0821 | X | - | Insurance Business | X | X | X | 38.67 |
| Account No. **xx0019** **Mark A. Milani, DDS, PC** 4777 E. State Street Suite 11 Rockford, IL 61108 | | - | Medical Personal | | | | 933.80 |

Sheet no. __9___ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

29,736.07

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kory Lindquist** _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| Mulvain Woodworks 14578 Center Road Durand, IL 61024 | X | - | | Business | X | X | X | 405.45 |
| Account No. | | | | Services | | | | |
| Nite Equipment Inc. 2388 Conger Road Pecatonica, IL 61063 | X | - | | Business | X | X | X | 899.88 |
| Account No. **xKTEL** | | | | Trade Debt | | | | |
| Northwest Building Material& Supply 31 W. 524 Diehl Rd Naperville, IL 60563 | X | - | | Business | X | X | X | 1,962.91 |
| Account No. **xxxxx.xxxx-x7858** | | | | Legal Fees | | | | |
| Oliver Close LLC Attn: Karl Winkler 124 N Water Street, Suite 300 Rockford, IL 61110 | X | - | | Business | X | X | X | 35,843.38 |
| Account No. | | | | Services | | | | |
| Orkin Inc. 1893 Daimler Rd Rockford, IL 61112 | X | - | | Business | X | X | X | 83.00 |

Sheet no. __10__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

39,194.62

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kory Lindquist**_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Patten Industries Inc.**<br>**4539 Solutions Center**<br>**Chicago, IL 60677** | X | - | **Services**<br><br>**Business** | X | X | X | 4,028.34 |
| Account No. **xx4447**<br><br>**Physicans Immediate Care**<br>**Attn: Billing Service Center**<br>**P.O. Box 2176, Dept 5389**<br>**Milwaukee, WI 53201-2176** | | - | **Medical**<br><br>**Personal** | | | | 30.00 |
| Account No. **xx4822**<br><br>**Physicans Immediate Care**<br>**Attn: Billing Service Center**<br>**P.O. Box 2176, Dept 5389**<br>**Milwaukee, WI 53201-2176** | | - | **Medical**<br><br>**Personal** | | | | 157.00 |
| Account No.<br><br>**RMS**<br>**PO Box 509**<br>**Richfield, OH 44286** | X | - | **Collection on behalf of The Glidden Company**<br><br>**Business** | X | X | X | 4,118.70 |
| Account No. **xxx6425**<br><br>**Rochelle Community Hospital**<br>**900 N. Second Street**<br>**Rochelle, IL 61068-1764** | | - | **Medical**<br><br>**Personal** | | | | 150.00 |

Sheet no. __11__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                                8,484.04
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re __Kory Lindquist_____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6620**  <br><br>**Rochelle Community Hospital**<br>**900 N. Second Street**<br>**Rochelle, IL 61068-1764** | - | | **Medical**<br><br>**Personal** | | | | 147.05 |
| Account No. **xxxxx3664**  <br><br>**Rochelle Medical**<br>**PO Box 17052**<br>**Rockford, IL 61110-7052** | - | | **Medical**<br><br>**Personal** | | | | 136.00 |
| Account No. **x0143**  <br><br>**Rockford Ind. Welding Supply, Inc.**<br>**4646 Linden Rd**<br>**Rockford, IL 61109** | - | | **Services**<br><br>**Personal** | | | | 5,206.05 |
| Account No.  <br><br>**Rockford Industrial Welding Supply**<br>**4646 Linden Road**<br>**PO Box 5404**<br>**Rockford, IL 61125** | X - | | **Services**<br><br>**Business** | X | X | X | 375.00 |
| Account No. **x-xxxxxxx1950**  <br><br>**Sirius XM Radio Inc**<br>**PO Box 9001399**<br>**Louisville, KY 40290** | - | | **Services**<br><br>**Personal** | | | | 130.00 |

Sheet no. __12__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                     5,994.10
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kory Lindquist**                                                    , Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **...5638** <br><br> **Sony Card** <br> **Cardmember Services** <br> **PO Box 15298** <br> **Wilmington, DE 19850-5298** | - | | Credit Card <br><br> **Personal** | | | | 14,800.86 |
| Account No. <br><br> **Specialty Products & Insulation Co.** <br> **PO Box 7777** <br> **Philadelphia, PA 19175-3625** | X - | | Trade Debt <br><br> **Business** | X | X | X | 17.82 |
| Account No. **xxxxx0008** <br><br> **Sprint** <br> **P.O. Box 8077** <br> **London, KY 40742** | X - | | Trade debt <br><br> **Business** | X | X | X | 564.80 |
| Account No. <br><br> **Star General Contractors, LLC** <br> **973 Featherstone Rd, Suite 325** <br> **Rockford, IL 61107** | X - | | Corrective work for rehabilitation of Collier Garden Apartments <br><br> **Business** | X | X | X | Unknown |
| Account No. **xxxxxxxxxx0001** <br><br> **Verizon Wireless** <br> **5175 Emerald Parkway** <br> **Dublin, OH 43017** | X - | | Services <br><br> **Business** | X | X | X | 2,323.96 |

Sheet no. **13** of **14** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)               **17,707.44**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kory Lindquist**                                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx4234** | | | | Services | | | | |
| **WIPFLI, LLP PO Box 3160 Milwaukee, WI 53201-3160** | X | - | | Business | X | X | X | 4,308.68 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __14__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 4,308.68 |
| Total (Report on Summary of Schedules) | | 540,221.26 |

B6G (Official Form 6G) (12/07)

In re **Kory Lindquist** , Case No. _____
                                Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0** ____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                                 Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Kory Lindquist**                                                                              Case No. _____
                                                                        ,
                                        Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Exclusive Custom Builders LLC**<br>**% Attorney Mark Johnson**<br>**321 E. State Street, Suite 1200**<br>**Rockford, IL 61101**<br>  **Debtor's LLC** | **Blackhawk Bank**<br>**2141 N State St**<br>**Belvidere, IL 61008** |
| **Exclusive Custom Builders, LLC**<br>**6638 11th Street**<br>**Rockford, IL 61109** | **Graefe & Hansen, Ltd.**<br>**55 W. Monroe Street**<br>**Suite 3550**<br>**Chicago, IL 60603** |
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **Internal Revenue Service**<br>**Centralized Insolvency**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** |
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **Illinois Department of Revenue**<br>**Bankruptcy Section**<br>**PO Box 64338**<br>**Chicago, IL 60664-0338** |
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **Illinois Department of Revenue**<br>**Bankruptcy Section**<br>**PO Box 64338**<br>**Chicago, IL 60664-0338** |
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **Aerial Platform Expers, LLC**<br>**3140 W. 73rd Street**<br>**Davenport, IA 52806** |
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **AKZO Nobel Paints, LLC**<br>**21033 Network Place**<br>**Chicago, IL 60673-1210** |
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **All Contractors Equipment, Inc.**<br>**4949  26th Avenue**<br>**Rockford, IL 61109** |
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **American Express**<br>**Customer Service**<br>**PO Box 981535**<br>**El Paso, TX 79998-1535** |
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **Amerigas**<br>**1901 Pleasant Street**<br>**DeKalb, IL 60115-2665** |

**4**

_____ continuation sheets attached to Schedule of Codebtors

In re    **Kory Lindquist**                                                                            Case No. _____
                                                                    ,
                                            Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **Arnold and Kadjan**<br>**19 West Jackson Blvd**<br>**Chicago, IL 60604-3958** |
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **Badgerland Supply Inc.**<br>**PO Box 259066**<br>**Madison, WI 53725** |
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **Bank of America**<br>**PO Box 15184**<br>**Wilmington, DE 19850-5184** |
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **Barr Management**<br>**6408 N. Western Avenue**<br>**Chicago, IL 60645** |
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **Barr Management**<br>**6408 N. Western Avenue**<br>**Chicago, IL 60645** |
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **Biehl & Biehl**<br>**P.O. Box 87410**<br>**Carol Stream, IL 60188** |
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **Blackhawk Bank**<br>**400 Broad St**<br>**Beloit, WI 53511** |
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **Blascoe & Associates, LLC**<br>**1111 S. Alpine Road**<br>**Suite 703**<br>**Rockford, IL 61108** |
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **Blue Cross Blue Shield of Illinois**<br>**300 E. Randolph**<br>**Attn: Cash Receipts**<br>**Chicago, IL 60601** |
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **Chicago Regional Council Carpenters**<br>**Welfare, Pension etc. Funds**<br>**12 East Erie Street**<br>**Chicago, IL 60611** |
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **CST Co. Inc.**<br>**CST Building**<br>**PO Box 33127**<br>**Louisville, KY 40232-3127** |
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **Dave's Hauling & Clean-Up Services**<br>**12488 Utility Road**<br>**Davis Junction, IL 61020** |

Sheet __1__ of __4__ continuation sheets attached to the Schedule of Codebtors

In re   **Kory Lindquist** _____,   Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **Dee & Bee Fasteners**<br>**Dept 20-7034**<br>**PO Box 5997**<br>**Carol Stream, IL 60197-5997** |
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **DG Digital Printing LLC**<br>**214 North Rockton Ave**<br>**Rockford, IL 61103** |
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **FMS, Inc.**<br>**4915 South Union Avenue**<br>**Tulsa, OK 74107** |
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **Frontier**<br>**PO Box 6000**<br>**Hayden, ID 83835-2009** |
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **GC Services Limited Partnership**<br>**Collection Agency Division**<br>**6330 Gulfton**<br>**Houston, TX 77081** |
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **Graefe & Hansen, Ltd.**<br>**55 W. Monroe Street**<br>**Suite 3550**<br>**Chicago, IL 60603** |
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **Group Administrators, Ltd.**<br>**1322 E. State St, Suite 300**<br>**Rockford, IL 61104** |
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **Gypsum Supply Co.**<br>**1125 Harrison Ave**<br>**Rockford, IL 61104** |
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **Gypsum Supply Co.**<br>**195 S. Porter Drive**<br>**Round Lake, IL 60073** |
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **Gypsum Supply Co.**<br>**5252 State Street**<br>**Bettendorf, IA 52722** |
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **Hilti, Inc.**<br>**P.O. Box 21148**<br>**Tulsa, OK 74121-1148** |
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **Hinkley Springs**<br>**PO Box 660579**<br>**Dallas, TX 75266-0579** |

Sheet __**2**__ of __**4**__ continuation sheets attached to the Schedule of Codebtors

In re    **Kory Lindquist**                                                    Case No. _____
,
Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **Holiday Inn**<br>**226 17th Street**<br>**Rock Island, IL 61201** |
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **Home Depot Credit Services**<br>**Dept 32-2533242065**<br>**P.O. Box 183176**<br>**Columbus, OH 43218** |
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **Humana**<br>**1100 Employers Blvd.**<br>**Green Bay, WI 54344** |
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **Industrial Ladder**<br>**245 E. Adele Court**<br>**Villa Park, IL 60181** |
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **Ken-Z Roofing Inc.**<br>**1318 18th Avenue**<br>**Rockford, IL 61104** |
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **Kitzman's Ltd**<br>**1616 Windsor Rd**<br>**Loves Park, IL 61111** |
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **Lift Works, Inc.**<br>**1130 Carolina**<br>**Unit F**<br>**West Chicago, IL 60185** |
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **Lincoln National Life Insurance Co.**<br>**PO Box 0821**<br>**Carol Stream, IL 60132-0821** |
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **Mulvain Woodworks**<br>**14578 Center Road**<br>**Durand, IL 61024** |
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **Nite Equipment Inc.**<br>**2388 Conger Road**<br>**Pecatonica, IL 61063** |
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **Northwest Building Material& Supply**<br>**31 W. 524 Diehl Rd**<br>**Naperville, IL 60563** |
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **Oliver Close LLC**<br>**Attn: Karl Winkler**<br>**124 N Water Street, Suite 300**<br>**Rockford, IL 61110** |

Sheet    **3**   of   **4**   continuation sheets attached to the Schedule of Codebtors

In re   **Kory Lindquist**                                    ,   Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **Orkin Inc.**<br>**1893 Daimler Rd**<br>**Rockford, IL 61112** |
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **Patten Industries Inc.**<br>**4539 Solutions Center**<br>**Chicago, IL 60677** |
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **RMS**<br>**PO Box 509**<br>**Richfield, OH 44286** |
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **Rockford Industrial Welding Supply**<br>**4646 Linden Road**<br>**PO Box 5404**<br>**Rockford, IL 61125** |
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **Specialty Products & Insulation Co.**<br>**PO Box 7777**<br>**Philadelphia, PA 19175-3625** |
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **Sprint**<br>**P.O. Box 8077**<br>**London, KY 40742** |
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **Star General Contractors, LLC**<br>**973 Featherstone Rd, Suite 325**<br>**Rockford, IL 61107** |
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **Verizon Wireless**<br>**5175 Emerald Parkway**<br>**Dublin, OH 43017** |
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **WIPFLI, LLP**<br>**PO Box 3160**<br>**Milwaukee, WI 53201-3160** |
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **Internal Revenue Service**<br>**Centralized Insolvency**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** |
| **KTEL Construction, Inc**<br>**PO Box 475**<br>**Byron, IL 61010** | **Internal Revenue Service**<br>**Centralized Insolvency**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** |

Sheet __4__ of __4__ continuation sheets attached to the Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re **Kory Lindquist**                                                      Case No. _____
_____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Divorced** | RELATIONSHIP(S):<br>**Daughter**<br>**Son**<br>**Daughter** | AGE(S):<br>**12**<br>**18 months**<br>**6** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Subcontractor** | |
| Name of Employer | **Self-Employed** | |
| How long employed | **7 years** | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ N/A |
| 2. Estimate monthly overtime | $ 0.00 | $ N/A |
| 3. SUBTOTAL | $ 0.00 | $ N/A |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 0.00 | $ N/A |
|    b. Insurance | $ 0.00 | $ N/A |
|    c. Union dues | $ 0.00 | $ N/A |
|    d. Other (Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ N/A |
| 8. Income from real property | $ 0.00 | $ N/A |
| 9. Interest and dividends | $ 0.00 | $ N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 12. Pension or retirement income | $ 0.00 | $ N/A |
| 13. Other monthly income (Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 0.00 | $ N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 0.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Debtor is self employed subcontractor. Debtor's business closed and filed chapter 7 bankruptcy. Debtor anticiaptes resuming work as sole proprierhsip or starting a new business for subcontracting.**

B6J (Official Form 6J) (12/07)

In re   **Kory Lindquist**                                          Case No. _____
                                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,424.54 |
| a. Are real estate taxes included?   Yes **X**   No ___ | | |
| b. Is property insurance included?   Yes **X**   No ___ | | |
| 2. Utilities:   a. Electricity and heating fuel | $ | 350.00 |
| b. Water and sewer | $ | 58.00 |
| c. Telephone | $ | 0.00 |
| d. Other   **See Detailed Expense Attachment** | $ | 800.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 800.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 100.00 |
| 8. Transportation (not including car payments) | $ | 600.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 100.00 |
| c. Health | $ | 1,500.00 |
| d. Auto | $ | 0.00 |
| e. Other   **2nd home and autos** | $ | 394.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 797.00 |
| b. Other   **Reaffirmed trucks (estimated)** | $ | 1,600.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 3,000.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other   **Misc personal** | $ | 100.00 |
| Other | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 11,923.54 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.   Average monthly income from Line 15 of Schedule I | $ | 0.00 |
| b.   Average monthly expenses from Line 18 above | $ | 11,923.54 |
| c.   Monthly net income (a. minus b.) | $ | -11,923.54 |

**B6J (Official Form 6J) (12/07)**

In re __**Kory Lindquist**_____      Case No. _____
                          Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| **Cell phones** | $ | **700.00** |
| **Cable and internet** | $ | **100.00** |
| **Total Other Utility Expenditures** | $ | **800.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Kory Lindquist**
_____   Case No. _____
                                    Debtor(s)   Chapter   **7**   _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   __37__
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **July 19, 2011**
_____   Signature   **/s/ Kory Lindquist**
_____
                                        **Kory Lindquist**
                                        Debtor

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Kory Lindquist**                                                                    Case No.
                                        Debtor(s)                    Chapter        **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$40,960.00** | **2011 YTD: Debtor Wages-KTEL Construction, Inc.** |
| **$106,486.14** | **2010: Debtor Wages-KTEL Construction, Inc.** |
| **$161,880.00** | **2009: Debtor Wages-KTEL Construction, Inc.** |
| **$256,963.00** | **2009 K-1 distributions - KTEL, Inc.** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Blackhawk Bank**<br>**2141 N State St**<br>**Belvidere, IL 61008** | **04/28/2011 junior mortgage granted on property at 651 East Egan Road, Leaf River, IL as additional security for business loans.  Amount paid represents amount of equity believed to have been encumbered by this transaction.** | **$184,000.00** | **$1,023,243.38** |

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Blackhawk Bank v. KTEL Construction and Kory Lindquist 2011-L-207** | **Collection** | **Winnebago County, IL Circuit Court** | **Pending** |
| **Blackhawk Bank v. Exclusive Custom Builders 2011-L-208** | **Replevin** | **Winnebago County, IL Circuit Court** | **Pending** |
| **Rockford Industrial Welding Supply, Inc. v. Kory Lindquist 2011-SC-2165** | **Collection** | **Winnebago County, Illinois Circuit Court** | **Pending** |
| **Budget Blinds of Rockford v. Kory Lindquist 11-SC-2164** | **Collection** | **Winnebago County, Illinois Circuit Court** | **Pending** |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Blackhawk Bank 400 Broad St Beloit, WI 53511** | **06/2011** | **2007 Chevrolet 4500 Kodiak (60,000), 2003 Chevrolet 3500 (2,000), 2005 GMC 2500 (5,000)** |
| **Steve Lindquist 11870 N. Conger Rd Leaf River, IL 61047** | **03/2011** | **Debtor's father repossessed Dump trailer, flat trailer, and enclosed trailer. Titles had been pledged as loan collateral more than 5 years ago. Value of trailers believed to be less than $15,000.00. Debtor's father was owed approximately $23,000.00 at time trailers were taken.** |

### 6. Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None ☐   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |
| **2010 GMC Yukon @ $53,000** | **Vehicle stolen, sheriffs report in Winnebago County, IL, insurance paid lien in full, debtor received no proceeds** | **02/2011** |

### 9. Payments related to debt counseling or bankruptcy

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Bernard J. Natale, Ltd 6833 Stalter Dr., Suite 201 Rockford, IL 61108** | **06/2010** | **$2,500 plus costs, paid by Shannon Shaffner.** |

### 10. Other transfers

None ☐   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **Blackhawk Bank 400 Broad St Beloit, WI 53511** none | **04/18/2011** | **Debtor gave 2nd mortgage on Leaf River home as additonal collateral for outstanding lines of credit.** |

5

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Unknown 3rd party**<br><br>**None** | **05/2011** | **2007 Chevrolet Corvette sold on consignment to unknown 3rd party at direction of Blackhawk Bank. Vehicle was pledged to Blackhawk Bank and proceeds were delivered to Blackhawk Bank upon sale.** |
| **Unknown 3rd party**<br><br>**none** | **04/2011** | **Honda CRF450 dirtbike sold to unknown 3rd party at direction of Blackhawk Bank. Vehicle was pledged as collateral and proceeds delivered to Blackhawk Bank upon sale.** |
| **Unknown 3rd party** | **04/2011** | **TRX 680 4 Wheeler sold to unknown 3rd party at direction of Blackhawk Bank. Vehicle was pledged as collateral and proceeds delivered to Blackhawk Bank upon sale.** |
| **Debtor's father**<br><br>**Father** | **07/2011** | **Debtor's father purchased 1990 Chrysler LeBaron, titled in debtor's name, for $300.00. Vehicle was pledged to Blackhawk Bank.** |
| **Ryan Gosset**<br>**Garden Prarie, IL**<br>**none** | **05/2011** | **Named individual received 2007 Thunder Mountain motorcycle in lieu of unpaid wages. Value of motorcycle is approximately $10,000.00** |
| **John Belvidere**<br>**Poplar Grove, IL**<br>**None** | **03/2011** | **Named individual recieved 2008 Yamaha dirt bike in lieu of unpaid wages. Dirtbike valued at approximately $2,500.00.** |

None
■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Alpine Bank**<br>**PO Box 6086**<br>**Rockford, IL 61125** | **Checking @ $1,600** | **03/2011 account closed and funds used to start new account at Holcomb Bank** |
| **Blackhawk Bank**<br>**400 Broad St**<br>**Beloit, WI 53511** | **Misc. Business and personal bank accounts closed by lender. All accounts contained nominal balances at time of closing.** | |

6

### 12.  Safe deposit boxes

None
☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **Holcomb State Bank** <br> **108 W. Main Street** <br> **Holcomb, IL 61043** | **Debtor** | **Legal papers** | |

### 13.  Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14.  Property held for another person

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Shannon Shaffner** <br> **3579 South Bend Rd** <br> **Rockford, IL 61109** | **Household goods and furnishings and personal property** | **Debtor's Residence** |

### 15.  Prior address of debtor

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **651 East Egan Rd.** <br> **Leaf River, Il** | | **2004 - 2010** |
| **3579 South Bend Rd** <br> **Rockford, IL** | | **2010 -** |

### 16.  Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Ktel Construction, Inc** | 421613729 | **PO Box 475 Byron, IL 61010** | **Construction** | **2004 - 2011** |
| **Exclusive Custom Builders, LLC** | | **PO Box 475 Byron, IL 61010** | **Construction** | **2007 -** |
| **Blackhawk Supply, Inc** | | | **Drywall sales** | **2008 -2008** |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **LB Custom Homes, Inc** | | | **Home builder - debtor resigned 04/2011** | **2007 -** |

None ■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                        ADDRESS

   The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

   *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ■  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                        DATES SERVICES RENDERED

None ■  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                        DATES SERVICES RENDERED

None ■  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                        ADDRESS

None ■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                        DATE ISSUED

### 20. Inventories

None ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY        INVENTORY SUPERVISOR        DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis)

None ■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                        NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

9

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

10

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date **July 19, 2011**                    Signature  **/s/ Kory Lindquist**
                                                      **Kory Lindquist**
                                                      Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Kory Lindquist**

Debtor(s)

Case No.
Chapter  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:**<br>**Ally** | **Describe Property Securing Debt:**<br>**2010 Chevrolet 3500** |
| --- | --- |

Property will be (check one):
- ☐ Surrendered
- ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt
- ■ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:**<br>**Associated Bank** | **Describe Property Securing Debt:**<br>**Location: 3579 South Bend Rd, Rockford IL 61109** |
| --- | --- |

Property will be (check one):
- ☐ Surrendered
- ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt
- ☐ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                            Page 2

| Property No. 3 | |
| --- | --- |
| **Creditor's Name:**<br>**Blackhawk Bank** | **Describe Property Securing Debt:**<br>**651 East Egan Rd, Leaf River, IL** |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                    ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease.
Attach additional pages if necessary.)

| Property No. 1 | | |
| --- | --- | --- |
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

B8 (Form 8) (12/08)

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date    **July 19, 2011**                              Signature    **/s/ Kory Lindquist**

                                                                    **Kory Lindquist**
                                                                    Debtor

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                              Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Kory Lindquist**                                                                 Case No. _____

_____ Debtor(s)                        Chapter   **7**   _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                              $            **2,500.00**

   Prior to the filing of this statement I have received                    $            **2,500.00**

   Balance Due                                                              $               **0.00**

2.  $  **299.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

   ☐ Debtor       ■ Other (specify):     **Shannon Shaffner.**

4.  The source of compensation to be paid to me is:

   ■ Debtor       ☐ Other (specify):

5.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **July 19, 2011**                                  **/s/ Scott E. Hillison**
                                                             **Scott E. Hillison 6296741**
                                                             **Bernard J. Natale, Ltd**
                                                             **6833 Stalter Dr., Suite 201**
                                                             **Rockford, IL 61108**
                                                             **(815) 964-4700   Fax: (815) 316-4646**
                                                             **natalelaw@bjnatalelaw.com**

---

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Kory Lindquist** _____     Case No. _____
                                    Debtor(s)     Chapter    **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| **Kory Lindquist** _____ | X **/s/ Kory Lindquist**     **July 19, 2011** |
| Printed Name(s) of Debtor(s) | Signature of Debtor     Date |
| | |
| Case No. (if known) _____ | X _____ |
| | Signature of Joint Debtor (if any)     Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Kory Lindquist**                                          Case No.
                                                                    Chapter   **7**
                                    Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                        **81**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **July 19, 2011**                    **/s/ Kory Lindquist**
                                             **Kory Lindquist**
                                             Signature of Debtor

Aerial Platform Experts, LLC
3140 W. 73rd Street
Davenport, IA 52806

AKZO Nobel Paints, LLC
21033 Network Place
Chicago, IL 60673-1210

All Contractors Equipment, Inc.
4949 26th Avenue
Rockford, IL 61109

Allied Interstate
3000 Corporate Exchange Drive
5th Floor
Columbus, OH 43231

Ally
PO Box 9001951
Louisville, KY 40230

American Express
Customer Service
PO Box 981535
El Paso, TX 79998-1535

Amerigas
1901 Pleasant Street
DeKalb, IL 60115-2665

Arnold and Kadjan
19 West Jackson Blvd
Chicago, IL 60604-3958

Associated Bank
622 Machesney Rd
Machesney Park, IL 61115

Attorney James E. Stevens
6833 Stalter Drive
Rockford, IL 61108

Bluegerland Supply Inc
PO Box 259066
Madison, WI 53725

Bank of America
PO Box 15184
Wilmington, DE 19850-5184

Barr Management
6408 N. Western Avenue
Chicago, IL 60645

Biehl & Biehl
P.O. Box 87410
Carol Stream, IL 60188

Blackhawk Bank
400 Broad St
Beloit, WI 53511

Blackhawk Bank
2141 N State St
Belvidere, IL 61008

Blascoe & Associates, LLC
1111 S. Alpine Road
Suite 703
Rockford, IL 61108

Blue Cross Blue Shield of Illinois
300 E. Randolph
Attn: Cash Receipts
Chicago, IL 60601

Budget Blinds of Rockford
5004 N. Second Street
Loves Park, IL 61111

Chase Cardmember Services
PO Box 15298
Wilmington, DE 19850-5298

Chicago Regional Council Carpente
Welfare, Pension etc. Funds
12 East Erie Street
Chicago, IL 60611

Citi Cards
P.O. Box 6077
Sioux Falls, SD 57117

Citizens Finance
c/o 619 Enterprise Drive
Oak Brook, IL 60523-8835

ComEd
3 Lincoln Center
Attn: Bkcy Group-Claims Departme
Oakbrook Terrace, IL 60181

CST Co. Inc.
CST Building
PO Box 33127
Louisville, KY 40232-3127

Dave's Hauling & Clean-Up Service
12488 Utility Road
Davis Junction, IL 61020

Dee & Bee Fasteners
Dept 20-7034
PO Box 5997
Carol Stream, IL 60197-5997

DG Digital Printing LLC
214 North Rockton Ave
Rockford, IL 61103

Exclusive Custom Builders LLC
% Attorney Mark Johnson
321 E. State Street, Suite 1200
Rockford, IL 61101

Exclusive Custom Builders, LLC
6638 11th Street
Rockford, IL 61109

Fifth Third Bank
Customer Service - MD 1MOC2G-4050
38 Fountain Square Plaza
Cincinnati, OH 45263

FMS, Inc.
4915 South Union Avenue
Tulsa, OK 74107

Frontier
PO Box 6000
Hayden, ID 83835-2009

GC Services Limited Partnership
Collection Agency Division
6330 Gulfton
Houston, TX 77081

Graefe & Hansen, Ltd.
55 W. Monroe Street
Suite 3550
Chicago, IL 60603

Group Administrators, Ltd.
1322 E. State St, Suite 300
Rockford, IL 61104

Gypsum Supply Co.
1125 Harrison Ave
Rockford, IL 61104

Gypsum Supply Co.
195 S. Porter Drive
Round Lake, IL 60073

Gypsum Supply Co.
5252 State Street
Bettendorf, IA 52722

Healthcare Billing Services, Inc.
PO Box 4
Clinton, IA 52733-0004

Fifth Inc.
PO Box 21148
Tulsa, OK 74121-1148

Hinkley Springs
PO Box 660579
Dallas, TX 75266-0579

Holiday Inn
226 17th Street
Rock Island, IL 61201

Home Depot Credit Services
Dept 32-2533242065
P.O. Box 183176
Columbus, OH 43218

HSBC Retail Services
P.O. Box 15521
Wilmington, DE 19850-5521

Humana
1100 Employers Blvd.
Green Bay, WI 54344

Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664-0338

Illinois Department of Revenue
200 S. Wyman - #306
Rockford, IL 61101-1234

Illinois Department of Revenue
PO Box 19035
Springfield, IL 62794-9035

Industrial Ladder
245 E. Adele Court
Villa Park, IL 60181

Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
211 S. Court Street
Rockford, IL 61101

Internal Revenue Service
Mail Stop 5013 CHI
230 S. Dearborn St.
Chicago, IL 60604

Kelli Lindquist
144 N. Fox Run Lane
Byron, IL 61010

Kelli Lindquist
c/o Attorney George Hampilos
308 W. State Street, Suite 210
Rockford, IL 61101

Ken-Z Roofing Inc.
1318 18th Avenue
Rockford, IL 61104

Kitzman's Ltd
1616 Windsor Rd
Loves Park, IL 61111

KTEL Construction, Inc
PO Box 475
Byron, IL 61010

Lift Works, Inc.
1130 Carolina
Unit F
West Chicago, IL 60185

Lincoln National Life Insurance Co.
PO Box 0821
Carol Stream, IL 60132-0821

Mark A. Milam SDS, PC
4777 E. State Street
Suite 11
Rockford, IL 61108

Rochelle Community Hospital
900 N. Second Street
Rochelle, IL 61068-1764

TWIPFI, LLC
PO Box 3160
Milwaukee, WI 53201-3160

Mulvain Woodworks
14578 Center Road
Durand, IL 61024

Rochelle Medical
PO Box 17052
Rockford, IL 61110-7052

Nite Equipment Inc.
2388 Conger Road
Pecatonica, IL 61063

Rockford Ind. Welding Supply, Inc.
4646 Linden Rd
Rockford, IL 61109

Northwest Building Material& Supply
31 W. 524 Diehl Rd
Naperville, IL 60563

Rockford Industrial Welding Supply
4646 Linden Road
PO Box 5404
Rockford, IL 61125

Ogle County Treasurer Office
P O Box 40
Oregon, IL 61061

Sirius XM Radio Inc
PO Box 9001399
Louisville, KY 40290

Oliver Close LLC
Attn: Karl Winkler
124 N Water Street, Suite 300
Rockford, IL 61110

Sony Card
Cardmember Services
PO Box 15298
Wilmington, DE 19850-5298

Orkin Inc.
1893 Daimler Rd
Rockford, IL 61112

Specialty Products & Insulation Co.
PO Box 7777
Philadelphia, PA 19175-3625

Patten Industries Inc.
4539 Solutions Center
Chicago, IL 60677

Sprint
P.O. Box 8077
London, KY 40742

Physicans Immediate Care
Attn: Billing Service Center
P.O. Box 2176, Dept 5389
Milwaukee, WI 53201-2176

Star General Contractors, LLC
973 Featherstone Rd, Suite 325
Rockford, IL 61107

RMS
PO Box 509
Richfield, OH 44286

Verizon Wireless
5175 Emerald Parkway
Dublin, OH 43017